B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court
## Southern District Of Texas

In re James Marvin Dodd and Maida Tugano Dodd, ) Case No. 16-34842
Debtor )
) Chapter 13
)
James Marvin Dodd )
)
Plaintiff )
)
v. ) Adv. Proc. No. 22-03327
NAVIENT; NATIONAL COLLEGIATE STUDENT LOAN TRUST; )
TRANSWORLD SYSTEMS, INC.; and U.S. DEPARTMENT OF EDUCATION )
Defendant )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:  Clerk of the U.S. Bankruptcy Court
Southern District of TX - Houston
PO Box 61010
Houston, TX 77208-1010

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:  Daniel J. Ciment
Ciment Law Firm, PLLC
221 Bella Katy Dr.
Katy, TX 77494

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

*Nathan Ochsner, Clerk of Court*

Date: November 30, 2022

*s/ B. Isom*
*Signature of Clerk or Deputy Clerk*


B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, **Karen G. Bentley** (name), certify that service of this summons and a copy of the complaint was made **December 1, 2022** (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

| | | | |
|---|---|---|---|
| **U.S. Dept. of Education c/o Miguel Cardona 400 Maryland Ave., SW Washington, DC 20202** | & **U.S. Attorney General 950 Pennsylvania Ave., NW Washington, DC 20530-0001** | & **U.S. Attorney's Office 1100 Commerce Street Suite 300 Dallas, TX 775242** | & **Asst U.S. Attorney – Fort Worth Div. 801 Cherry Street, Unit 4 Burnett Plaza, Suite 1700 Fort Worth, Texas 76102** |

☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date **12/01/2022**    Signature **/s/ Karen G. Bentley**

Print Name:   **Karen G. Bentley**

Business Address:   **1120 S. Dobson Rd., Ste. 230**

**Chandler, AZ 85286**








