United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 19, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 16-34842 |
| JAMES MARVIN DODD | § | |
| and | § | CHAPTER 13 |
| MAIDA TUGANO DODD, | § | |
| | § | |
| Debtors. | § | |
| | § | |
| JAMES MARVIN DODD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 22-3327 |
| | § | |
| NAVIENT | § | |
| and | § | |
| NATIONAL COLLEGIATE STUDENT | § | |
| LOAN TRUST 2007-1 | § | |
| and | § | |
| TRANSWORLD SYSTEMS, INC. | § | |
| and | § | |
| U.S. DEPARTMENT OF EDUCATION | § | |
| and | § | |
| NAVIENT SOLUTIONS, LLC | § | |
| and | § | |
| NATIONAL COLLEGIATE STUDENT | § | |
| LOAN TRUST 2006-4, | § | |
| | § | |
| Defendants. | § | |

## ORDER SETTING STATUS CONFERENCE

This case was transferred to this Court on October 17, 2023. A Status Conference is set at 10:30 a.m. on November 20, 2023. The parties may file a Joint Status Report in anticipation of the hearing. The Court may set deadlines, including a trial date at the hearing. Parties may appear virtually or in person.

    SIGNED 10/19/2023

_____
Jeffrey Norman
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

Dodd,
    Plaintiff

Adv. Proc. No. 22-03327-jpn

Navient,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 2
Date Rcvd: Oct 19, 2023      Form ID: pdf002      Total Noticed: 5

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | National Collegiate Student Loan Trust 2007-1, c/o Wilmington Trust Company, 1100 N. Market St., Rodney Sq., Wilmington, DE 19890-1100 |
| dft | + | Navient Solutions, LLC, The Anthony Scott Law Firm, PLLC, 2500 Tanglewilde, Ste. #274, Houston, TX 77063-2184 |
| dft | + | Transworld Systems, Inc., The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801-1196 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| dft | + | Email/PDF: pa_dc_claims@navient.com | Oct 19 2023 20:15:50 | Navient, 123 Justison Street, Wilmington, DE 19801-5363 |
| dft | + | Email/Text: edbknotices@ecmc.org | Oct 19 2023 20:18:00 | U.S. Department of Education, Washington, DC 20202-0001 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | National Collegiate Student Loan Trust 2006-4 |
| id | | Texas Guaranteed Student Loan Corporation d/b/a Tr |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 21, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed

District/off: 0541-4 | User: ADIuser | Page 2 of 2
Date Rcvd: Oct 19, 2023 | Form ID: pdf002 | Total Noticed: 5

below:

| Name | Email Address |
|---|---|
| Brendetta Anthony Scott | on behalf of Defendant Navient Solutions  LLC brendetta@anthonyscottlaw.com, brendettaanthonyscott@gmail.com;turea@anthonyscottlaw.com |
| Charles Rene Penot, Jr | on behalf of Defendant Transworld Systems  Inc. cpenot@sessions.legal, epark@sessions.legal |
| Charles Rene Penot, Jr | on behalf of Defendant National Collegiate Student Loan Trust 2006-4 cpenot@sessions.legal  epark@sessions.legal |
| Charles Rene Penot, Jr | on behalf of Defendant National Collegiate Student Loan Trust 2007-1 cpenot@sessions.legal  epark@sessions.legal |
| Daniel J Ciment | on behalf of Plaintiff James Marvin Dodd Daniel@CimentLawFirm.com CaseStatus@cimentlawfirm.com;CimentBKECF@gmail.com;CimentLawFirmPLLC@jubileebk.net;ecf@casedriver.com |
| Doug W Ray | on behalf of Intervenor-Defendant Texas Guaranteed Student Loan Corporation d/b/a Trellis Company dray@raywoodlaw.com jvarela@raywoodlaw.com |
| James Marvin Dodd | urbannomad7169@gmail.com |
| Karen G. Bentley | on behalf of Plaintiff James Marvin Dodd ecf@neeleylaw.com  neeleylawfirmplc@jubileebk.net |
| Lisa Luz Parker | on behalf of Defendant U.S. Department of Education lisa.luz.parker@usdoj.gov nicole.robbins@usdoj.gov;sydnie.kempen@usdoj.gov;USATXS.Bankruptcy-ECF@usdoj.gov;caseview.ecf@usdoj.gov |

TOTAL: 9